# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LAYTON-CALVIN KOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-6087-CV-SJ-FJG |
| ) | |
| DAVID SPEISER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

     Currently pending before the Court is defendant Luckenbill's Motion to Dismiss (Doc. # 10) and defendants Speiser, Porter-Hensen, Elliott and Hoover's Motion to Dismiss (Doc. # 11). Plaintiff's responses to these Motions were due on January 17 and 18, 2006 respectively. Plaintiff failed to file a response to either of these motions. On February 10, 2006 the Court issued an Order to Show Cause directing plaintiff to show cause on or before February 27, 2006 why his case should not be dismissed. Plaintiff was advised that his failure to respond to the Order to Show Cause would result in the dismissal of his case without further notice. Plaintiff has not responded to the Order by the date indicated nor has he filed a Motion for Extension of Time to do so. Accordingly, the Court hereby **DISMISSES** plaintiff's Complaint without prejudice for failure to comply with the Court's Order.

Date: April 4, 2006                             **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                     Fernando J. Gaitan, Jr.
                                                   United States District Judge